# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MOHAMEDEL BAL,** <br> **Plaintiff,** <br><br> v. <br><br> **JEFFERSON B. SESSIONS, III,** *Attorney General of the United States, et al.*,[1] <br> **Defendants.** | **CIVIL ACTION NO. 16-5619** |

## ORDER

**AND NOW**, this 13th day of November 2017, upon consideration of Plaintiff's Motion for Summary Judgment [Doc. No. 10], and Defendants' Motion to Dismiss or in the Alternative for Summary Judgment [Doc. No. 14], and the responses thereto [Doc. Nos. 18, 19], it is hereby **ORDERED** that Defendants' Motion to Dismiss [Doc. No. 14] is **GRANTED**, and Plaintiff's Motion for Summary Judgment [Doc. No. 10] is **DISMISSED**. It is **FURTHER ORDERED** that the Clerk of Court shall **CLOSE** this case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe, J.
_____
**CYNTHIA M. RUFE, J.**

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Jefferson B. Sessions, III, is substituted as a defendant for former Attorney General Loretta Lynch, John F. Kelly is substituted for former Secretary of Homeland Security Jeh C. Johnson, James McCament is substituted for former USCIS Director Leon Rodriguez, and Jennifer Higgins is substituted for former USCIS Associate Director (Refugee, Asylum, and International Operations Directorate) Joseph Langlois.